**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDGAR GUEVARA and LORENA M. GUEVARA, individually and on behalf of all others similarly situated,<br><br>                                                    Plaintiffs,<br><br>-*against*-<br><br>SIROB IMPORTS, INC., NICK BOBORIS, and PETER BOBORIS,<br><br>                                                    Defendants. | Case No.: 15-CV-2895 (DRH)(GRB)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF MOTION FOR CONDITIONAL CERTIFICATION AND TOLLING OF STATUTE OF LIMITATIONS FOR OPT-IN PLAINTIFFS** |

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiffs, EDGAR

GUEVARA and LORENA M. GUEVARA, individually and on behalf of all others similarly

situated, and the Defendants SIROB IMPORTS, INC., NICK BOBORIS, and PETER

BOBORIS, through their undersigned counsel, who are authorized by their respective clients to

execute this Stipulation:

1.  Plaintiffs shall not file a motion for conditional certification and court authorized

    notice pursuant to 29 U.S.C. § 216 before April 1, 2016;

2.  The statute of limitations with respect to any individual who elects to opt-into this

    action under 29 U.S.C. § 216 shall be tolled for the time period from November 19,

    2015 until April 1, 2016.

Dated: ~~December~~ JAN 8, 2015                    Dated: ~~December~~ July 7, 2015

STEVEN J. MOSER, P.C.                              Law offices of Peter Metis, LLC
*Attorneys for Plaintiff*                          *Attorneys for Defendant*



By:  Steven John Moser                             Peter Metis, Esq.
3 School Street, Suite 207B                        101 Park Avenue, 27th Floor
Glen Cove, New York 11542                          New York, NY 10178
Tel: 516-671-1150                                  Tel. No. 212-808-7780
Fax: 516-882-5420                                  Fax No. 646-395-1619
smoser@moseremploymentlaw.com                      pmetis@metislawoffice.com

SO-ORDERED

_____