UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDGAR GUEVARA and LORENA M. GUEVARA
Individually and on behalf of all others situated,

                              Plaintiffs,          **NOTICE OF DEFENDANTS'**
                                                                  **CROSS MOTION FOR PARTIAL**
                                                   **SUMMARY JUDGMENT**
        -against-                                    Case No. 15 CV 2895
                                                          (GRB)

SIROB IMPORTS, INC., NICK BOBORIS and
PETER BOBORIS,

                              Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the accompanying Rule 56.1 Statement of Facts, Memorandum of Law, Declaration and Exhibits annexed thereto, Defendants Sirob Imports, Inc., Nick Boboris and Peter Boboris, by their attorneys, the Law Offices of Peter Metis, LLC, shall cross move the Court before the Honorable Gary R. Brown, USMJ, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip New York 11722, on such day and time as counsel maybe heard, for the following relief:

      Partial summary judgment, pursuant to FRCP Rule 56, dismissing plaintiffs' causes of action based on their First, Second, Third and Fifth Counts in their complaint which are based on plaintiffs' allegations of: 1) pre and post shift work and/or donning and doffing; 2) rounding; and 3) uncompensated rest periods.

Dated: New York, New York
         April 25, 2017

                                                            Respectfully submitted,

                                                            The Law Offices of Peter Metis, LLC
                                                            Attorneys for Defendants

By: _____
Peter Metis (PM7214)
101 Park Avenue, 27th Floor
New York, New York 10178
(212) 808-7780
pmetis@metislawoffice.com