UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR GUEVARA and LORENA M. GUEVARA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SIROB IMPORTS, INC., NICK BOBORIS, and PETER BOBORIS,<br><br>Defendants. | Case No.: 15-CV-2895 (DRH)(GRB)<br><br>**STIPULATION TO TOLL STATUTE OF LIMITATIONS FOR OPT-IN PLAINTIFFS** |

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiffs, EDGAR GUEVARA and LORENA M. GUEVARA, individually and on behalf of all others similarly situated, and the Defendants SIROB IMPORTS, INC., NICK BOBORIS, and PETER BOBORIS, through their undersigned counsel, who are authorized by their respective clients to execute this Stipulation:

1. Defendants shall furnish a FLSA Collective Class List on or before January 9, 2017

2. The statute of limitations with respect to any individual who elects to opt-into this action under 29 U.S.C. § 216 shall be tolled for the from November 3, 2017 until January 9, 2017.

Dated: December 8, 2017

Moser Law Firm, PC
Class Counsel

By: Steven John Moser
3 School Street, Suite 207B
Glen Cove, New York 11542
Tel: 516-671-1150
Fax: 516-882-5420
smoser@moseremploymentlaw.com

Dated: December 8, 2017

Law offices of Peter Metis, LLC
Attorneys for Defendant

Peter Metis, Esq.
101 Park Avenue, 27th Floor
New York, NY 10178
Tel. No. 212-808-7780
Fax No. 646-395-1619
pmetis@metislawoffice.com