**THIS FORM MUST BE MAILED BEFORE <u>APRIL 14, 2018</u>**
**ESTE FORMULARIO DEBE SER ENVIADO ANTES DE <u>14 ABRIL 2018</u>**

## CONSENT TO JOIN/CONSENTIMIENTO A UNIRSE

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Guevara v. Sirob Imports, Inc, et al.*, 15-cv-2895 (GRB), to recover unpaid overtime wages. I hereby authorize the Moser Law Firm, PC to represent me with regard to my Federal Overtime Claims. I agree to be bound by any settlement of this action or adjudication by the Court.

De acuerdo con la Sección 16 (b) de la Ley de Normas de Trabajo Justos, consiento unirme en la acción colectiva presentada en el Tribunal de Distrito de los Estados Unidos para el Distrito Este de Nueva York llamado *Guevara v. Sirob Imports, Inc, et al.*, 15-cv-2895 (GRB), para recuperar horas extras no pagados. Por la presente autorizo a la Moser Law Firm, PC para que me represente con respecto a mis Reclamaciones Federales por Horas Extras. Me pongo de acuerdo a estar obligado por cualquier arreglo de esta acción o adjudicación por el Tribunal.

**REDACTED**

Name/Nombre

Address/Direccion:

Telephone Number

Signature/Firma          Date/Fecha: 4-3-2018

MAIL TO:   MOSER LAW FIRM, PC
           3 SCHOOL STREET, SUITE 207B
           GLEN COVE, NEW YORK  11542
           (516) 671-1150

FAX:       516-882-5420

EMAIL:     RECEPTION@MOSEREMPLOYMENTLAW.COM